[No. 9626-9-II.   Division Two.   September 15, 1987.]

ELLA L. BURKS, *Respondent,* v. JACK E. BURKS, ET AL, *Defendants,* NORTHWESTERN NATIONAL BANK, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Lewis County, No. 84-2-00366-7, David R. Draper, J., entered February 7, 1986. *Affirmed* by unpublished opinion per Goodloe, J. Pro Tem., concurred in by Alexander, A.C.J., and Berschauer, J. Pro Tem.

[No. 9272-7-II.   Division Two.   September 15, 1987.]

MONTE S. MCLAUGHLIN, *Respondent,* v. THOMAS R. COOKE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Lewis County, No. 40405, Dale M. Nordquist, J., entered September 30, 1985. *Reversed* by unpublished opinion per Swayze, J. Pro Tem., concurred in by Callow and Edgerton, JJ. Pro Tem.

[No. 8878-9-II.   Division Two.   September 15, 1987.]

CLARK COUNTY, ET AL, *Respondents,* v. PUBLIC UTILITY DISTRICT NO. 1 OF CLARK COUNTY, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 84-2-00381-6, Thomas L. Lodge, J., entered May 24, 1985. *Affirmed* by unpublished opinion per Goodloe, J. Pro Tem., concurred in by Conoley and Howard, JJ. Pro Tem.